UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
NEWARK DIVISON

JORGE SARMIENTO, )
)
    Plaintiff, )
v. )
) **Case No: 2:13-cv-05833-SRC-CLW**
)
OMNI CREDIT SERVICES OF FLORIDA, INC. )
)
    Defendant, )
)

## DEFAULT JUDGMENT

Defendant, Omni Credit Services, having failed to plead or otherwise defend in this action, and default having heretofore been entered; upon application of plaintiff and upon affidavit that Defendant is indebted to Plaintiff in the principal sum of $ 7,000.00 plus interest thereon; that Defendant had been defaulted for failure to appear pursuant to Rule 55(a) and (b) of the Federal Rules of Civil Procedure; and that the claim is for a sum certain or for a sum which can by computation be made certain; it is hereby;

It is ORDERED and ADJUDGED, that:

1. Plaintiff's Motion for Default Final Judgment (Docket Entry Number 6) is GRANTED.

2. Plaintiff, Jorge Sarmiento, recover of the Defendant, Omni Credit Services of Florida, Inc., the sum of $7,000.00, plus costs and interest according to law from the date of this judgment until the entire amount is paid.

3. The Clerk is directed to close this case and terminate any pending motions as moot.

Dated:

                                                 Stanley R. Chesler
                                                 United States District Judge